# Exhibit "A"

## List of Utility Providers

| Provider Name | Description | Address | Fax |
|---|---|---|---|
| ANSWERING SERVICE PROFESSIONALS | Answering Service | 2801 BERTHOLET BLVD. SUITE 151 VALPARAISO, IN 46383 | (219) 462-6557 |
| AT&T | Telephone | P.O. BOX 105262 ATLANTA, GA 30348-5262 | Not Available |
| BROADVIEW | Telephone | P.O. BOX 9242 UNIONDALE, NY 11555-9242 | (646) 619-1538 |
| BROADVIEW NETWORKS | Telephone | P.O. BOX 9242 UNIONDALE, NY 11555-9242 | (646) 619-1538 |
| CABLEVISION LIGHTPATH | Internet/Phone | PO BOX 360111 PITTSBURGH, PA 15251-6111 | (516) 495-8788 |
| CHRIN HAULING INC. | Garbage Removal | 635 INDUSTRIAL DR. EASTON, PA 18042 | (610) 258-4884 |
| CITY OF DEERFIELD BEACH | Recycling, Water & Sewer | 150 N.E. SECOND AVENUE DEERFIELD BEACH, FL 33441-3598 | (954) 480-4277 |
| CITY OF LONG BEACH | Annual Fire Alarm; Sanitation; Firematic, Water & Sewer; Sprinkler | COMMERCIAL ACCOUNTS 1 WEST CHESTER STREET LONG BEACH, NY 11561 | (516) 431-1432 |
| COUNTY CARTING | Waste Removal | 143 HANSE AVENUE FREEPORT, NY 11520 | (516) 223-0874 |
| DELUXE VOICE & DATA | Telephone | 337 OAK NECK ROAD WEST ISLIP, NY 11795 | (718) 937-3434 |
| DYNALINK | Telephone | P.O. BOX 1219 OLD CHELSEA STATION NEW YORK, NY 10113-1219 | (212) 532-7333 |
| FLORIDA POWER & LIGHT COMPANY | Electric | GENERAL MAIL FACILITY MIAMI, FL 33188-0001 | (877) 510-5147 |
| FRONTIER | Telephone & | P.O. BOX 20550 | (866) 686-2272 |

| Provider Name | Description | Address | Fax |
|---|---|---|---|
| | Internet | ROCHESTER, NY 14602-0550 | |
| LIPA | Electric | 455 MILL ROAD<br>HEWLETT, NY 11557 | (631) 844-3685 |
| LIPA | Electric | P.O. BOX 9039<br>HICKSVILLE, NY 11802 | (631) 844-3686 |
| MET-ED, A FIRSTENERGY COMPANY | Electric | PO BOX 3687<br>AKRON, OH 44309-3687 | (610) 939-8670 |
| MOUNTAIN FUELS | Gas | 190 KING STREET<br>P.O. BOX 1472<br>EAST STROUDSBURG, PA 18301 | (570) 424-7441 |
| NATIONAL GRID | Electric & Gas | P.O. BOX 1303<br>BUFFALO, NY 14240 | (315) 428-5868 |
| NATIONAL GRID | Electric & Gas | P.O. BOX 1303<br>BUFFALO, NY 14240 | (315) 428-5868 |
| NATIONAL GRID (KEYSPAN) | Gas | P.O. BOX 9037<br>HICKSVILLE, NY 11802-9037 | (631) 844-3613 |
| NORTH SHORE ANSWERING | Answering Service | 1000 MAIN STREET<br>PORT JEFFERSON, NY 11777 | (631) 928-7676 |
| NOTIFY MD, INC | Answering Service | P.O. BOX 306088<br>NASHVILLE, TN 37230 | (800) 958-2513 |
| ONE COMMUNICATIONS | Telephone & Internet | P.O. BOX 415721<br>BOSTON, MA 02241-5721 | (877) 747-1253 |
| PAETEC | Telephone | ATTN: CASH APPLICATIONS<br>P.O. BOX 1283<br>BUFFALO, NY 14240-1283 | (585) 340-2801 |
| PENTELDATA | Cable Modem | ATTN: PAYMENT PROCESSING CENTER P.O. BOX 401<br>PALMERTON PA, 18071-0401 | (610) 824-4433 |
| PSE&G | Gas & Electric | P.O. BOX 14106<br>NEW BRUNSWICK NJ, 08906-4106 | (908) 497-1763 |
| SKYTEL | Pager Service | P.O. BOX 70849<br>CHARLOTTE, NC 28272-0849 | (920) 433-4853 |

| Provider Name | Description | Address | Fax |
|---|---|---|---|
| STERICYCLE, INC | Waste Removal (NY & FL) | P.O. BOX 9001590<br>LOUISVILLE, KY 40290-1590 | (847) 367-9493 |
| STERICYCLE, INC | Waste Removal | P.O. BOX 9001590<br>LOUISVILLE, KY 40290-1590 | (866) 783-7432 |
| TIME WARNER | Internet | P.O. BOX 0377<br>BUFFALO, NY 14240-0377 | (518) 869-5985 |
| TOTAL TECHNOLOGY | Internet | 1 WEST 34TH STREET<br>SUITE 902<br>NEW YORK, NY 10001 | (212) 421-6626 |
| VERIZON | Telephone (HH) | P.O. BOX 4820<br>TRENTON, NJ 08650-4820 | (877) 245-4058 |
| VERIZON | Telephone | P.O. BOX 15124<br>ALBANY, NY 12212-5214 | (800) 293-8037 |
| VERIZON | Telephone | P.O. BOX 4820<br>TRENTON, NJ 08850-4648 | (973) 377-8216 |
| VERIZON LONG DISTANCE | Telephone | PO BOX 9688<br>MISSION HILLS, CA 91346-9688 | (800) 483-8188 |
| XO COMMUNICATIONS | Internet | 14239 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693 | (866) 885-2912 |