UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 10-11567 (MFW) |
| Chem Rx Corporation, *et al.*, | : | |
| | : | NOTICE OF APPOINTMENT OF |
| | : | COMMITTEE OF UNSECURED |
| Debtors. | : | CREDITORS |

----------------------------------

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned cases, effective as of the time of the formation announcement on May 21, 2010:

1. **SAC Domestic Capital Funding, Ltd.**, Attn: Brian Spenner, 72 Cummings Point Road, Stamford, CT 06902, Phone: 203-890-3474, Fax: 203-823-4020.

2. **Western National Life Insurance Co., c/o AIG Asset Management (U.S.)**, Attn: Kaye Handley, 70 Pine Street, 12th Floor, New York, NY 10270, Phone: 212-770-9075, Fax: 212-770-6353.

3. **Anda, Inc.**, Attn: Dennis Cape, 2915 Weston Road, Weston, FL 33331, Phone: 954-217-4316, Fax: 800-758-5254.

4. **HealthEx Corp.**, c/o Michael F. Montemarano III, 35 Powerhouse Road, Roslyn Heights, NY 11577, Phone: 516-945-3614, Fax: 516-717-3569.

5. **Healthsource Dist. LLC**, Attn: Mike Sosnowik, 1133 Greenwood Road, Suite F, Baltimore, MD 21208, Phone: 516-837-9876, Fax: 516-371-2099.

6. **Integra NV, Inc.**, Attn: Kevin Welch, 1805 N. Carson Street # 382, Carson City, NV 89701-1216, Phone: (360) 588-0574, Fax: (360) 588-0649.

7. **UFCW Local 348 Health & Welfare Fund**, Attn: Diana Puglisi, 9235 4th Ave., Brooklyn, NY 11209.

    ROBERTA A. DEANGELIS
    Acting United States Trustee, Region 3

    /s/ Joseph J. McMahon, Jr. for
    WILLIAM K. HARRINGTON
    ASSISTANT UNITED STATES TRUSTEE

DATED: May 21, 2010

Attorney assigned to these cases: Joseph J. McMahon, Jr., Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497
Debtors' counsel: Scott D. Cousins, Esq., Phone: 302-661-7000, Fax: 302-661-7360