# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, | Case No. 10-11567 (MFW) |
| Debtor. | Jointly Administered |

## LIST OF EQUITY HOLDERS

The above-captioned debtor and debtor-in-possession (the "**Debtor**") filed a petition in this Court on the date hereof for relief under chapter 11 of title 11 of the United States Code. Following is the list of the Debtor's equity security holders, which was prepared in accordance with Rule 1007(a) of the Federal Rules of Bankruptcy Procedure.

**Common Stock**

| Equity Holder | Address | Number of Shares | Percentage Interest |
|---|---|---|---|
| Arie Belldegrun | 811 Strada Vecchia Rd<br>Los Angeles, CA 90017 | 106,250 | 0.77% |
| Cede & Co. (FAST) | Box #20<br>Bowling Green Station<br>New York, NY 10004 | 9,489,934 | 68.83% |
| Richard M. Gozia | 123 22nd St. S<br>La Crosse, WI 54601 | 6,710 | 0.05% |
| Robert R. Hinckley | 500 Patroon Creek Blvd.<br>Albany, NY 12206 | 6,710 | 0.05% |
| The Jewish Communal Fund | 575 Madison Ave., Ste 703<br>New York, NY 10022-8591 | 63,550 | 0.46% |
| Andrew R. Jones | 274 Riverside Ave.<br>Westport, CT 06880 | 6,710 | 0.05% |
| David J. Kellman | c/o Paramount Biosciences<br>787 Seventh Ave. - 48th Fl.<br>New York, NY 10019 | 6,710 | 0.05% |
| J. Jay Lobell | c/o Paramount Acquisition Corp.<br>787 Seventh Ave. - 48th Fl.<br>New York, NY 10019 | 325,460 | 2.36% |
| Lindsay A. Rosenwald | c/o Paramount Acquisition Corp.<br>787 Seventh Ave. - 48th Fl.<br>New York, NY 10019 | 584,375 | 4.24% |

| Equity Holder | Address | Number of Shares | Percentage Interest |
|---|---|---|---|
| Lindsay A. Rosenwald TTEE Lindsay A Rosenwald 2000 Family Trust | c/o Paramount Acquisition Corp. 787 Seventh Ave. - 48th Fl. New York, NY  10019 | 584,375 | 4.24% |
| Michael Segal | 791 John St. Teaneck, NJ  07666 | 100,000 | 0.73% |
| Jerry Silva | c/o Marshall Kopelman 600 Old Country Road #304 Garden City,. NY  11530 | 852,805 | 6.19% |
| Jerry Silva as Life Tenant and Steven Silva as Remainderman | c/o Marshall Kopelman 600 Old Country Road #304 Garden City, NY  11530 | 635,865 | 4.61% |
| The Jerry Silva 2007 Annuity Trust | c/o Marshall Kopelman 600 Country Road #304 Garden City, NY  11530 | 166,337 | 1.21% |
| Rosalie Silva TTEE Jody R. Silva Trust | 2594 Norton Place Bellmore, NY  11710 | 88,103 | 0.64% |
| Steven Silva | 2589 Glenn Drive Bellmore, NY  11710 | 656,890 | 4.76% |
| Jonathan D. Tyburski | c/o Paramount Biosciences 787 Seventh Ave. - 48th Fl. New York, NY  10019 | 481 | 0.0035% |
| Michael Weiser | 1020 Park Avenue - Apt. 3C New York, NY  10028 | 106,250 | 0.77% |

## Units

| Equity Holder | Address | Number of Shares | Percentage Interest |
|---|---|---|---|
| Cede & Co (FAST) | Box #20 Bowling Green Station New York, NY  10004 | 9,431 | 100.00% |

## Warrants

| Equity Holder | Address | Number of Shares | Percentage Interest |
|---|---|---|---|
| Katherine Arnott-Maheu & Daniel C. Maheu JT TEN | 310 E Main Durham, NC  27701-3718 | 6,350 | 0.03% |
| Robert J. Bujak, Jr. | P.O. Box 204 Nunda, NY  14517-0204 | 140,000 | 0.72% |

| Name | Address | Shares | Percent |
|---|---|---|---|
| Cede & Co. | Box #20<br>Bowling Green Station<br>New York, NY 10004 | 19,315,188 | 98.89% |
| Joseph Lobel & Miriam Lobel JT TEN | 438 E Beech St.<br>Long Beach, NY 11561-3604 | 8,600 | 0.04% |
| Edward Person | 452 New Scotland Ave.<br>Albany, NY 12208-2710 | 5,000 | 0.03% |
| Karen Rawleigh | 8923 Scipio Rd - Box 244<br>Nunda, NY 14517-0244 | 40,000 | 0.20% |
| Ronald Roth Tr<br>U/A DTD 03/31/98 FBO<br>Roth Family Irrevocable<br>Asset Managed Trust | 41 Landsend Ln<br>Southhampton, NY 11968-3507 | 10,000 | 0.05% |
| Ronald D Roth & Carol C Bellina JT TEN | 41 Landsend Ln<br>Southampton, NY 11968-3507 | 4,000 | 0.02% |
| Joshua Wanderer | 66 Chauncey Lane<br>Lawrence, NY 11559-2824 | 2,000 | 0.01% |

Above holdings are as of May 18, 2010