**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, *et al.*,[1] | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 1, 2010 AT 2:00 P.M.[2]
Location: 5th Floor, Courtroom No. 4**

**MATTERS GOING FORWARD:**

1.  Motion for Entry of an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms, (B) Authorizing the Continued Use of Existing Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 6, Filed May 11, 2010]

    Objection Deadline: May 24, 2010 at 4:00 p.m. Extended to May 27, 2010 at 12:00 p.m. for the Committee and the U.S. Trustee

    Related Documents:

    A.  Interim Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms, (B) Authorizing the Continued Use of Existing Cash Management System, (C) Waiving Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 34, Filed May 13, 2010]

    B.  Notice of Entry of Interim Order and Final Hearing on Motion for Entry of an Order (A) Authorizing the Maintenance of Bank Accounts and Continued Use of Existing Business Forms, (B) Authorizing the Continued Use of Existing Cash Management System, (C) Waiving

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826).

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Certain Investment and Deposit Guidelines, and (D) Granting Administrative Expense Status to Postpetition Intercompany Claims [Docket No. 48, Filed May 14, 2010]

Responses Received: None.

Status: This matter will be going forward.

2. Emergency Motion of the Debtors for Entry of an Order (A) Authorizing the Use of Cash Collateral, (B) Deeming Prepetition Secured Lenders Adequately Protected, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 8, Filed May 11, 2010]

   Objection Deadline: May 24, 2010 at 12:00 p.m. Extended to May 27, 2010 at 12:00 p.m. for the Committee and the U.S. Trustee

   Related Document(s):

   A. Order Approving Stipulation Regarding the Use of Cash Collateral for (I) the Payment of Prepetition Payroll Obligations and (II) Postpetition Purchases of Prescription Medication [Docket No. 19, Filed May 12, 2010]

   B. Interim Order (with revisions by the Court) (I) Authorizing Debtors to Utilize Cash Collateral (II) Granting Adequate Protection to Prepetition Secured Parties and (III) Scheduling Final Hearing [Docket No. 37, Filed May 13, 2010]

   C. Notice of Entry of Interim Order and Final Hearing on Emergency Motion of the Debtors for Entry of an Order (A) Authorizing the Use of Cash Collateral, (B) Deeming Prepetition Secured Lenders Adequately Protected, and (C) Scheduling a Final Hearing Pursuant to Bankruptcy Rule 4001 [Docket No. 50, Filed May 14, 2010]

   Responses Received:

   A. Preliminary Objection of The Official Committee of Unsecured Creditors to the Debtors' Motion For Entry of A Final Order Authorizing the Use of Cash Collateral [Docket No. 87, Filed May 27, 2010]

   Status: This matter will be going forward.

3. Motion of the Debtors For Entry of Interim and Final Orders Pursuant to Sections 105(A) and 366 of the Bankruptcy Code (I) Prohibiting Utilities From Altering, Refusing, Or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures For Determining Adequate Assurance of Payment [Docket No. 13, Filed May 11, 2010]

   Objection Deadline: May 24, 2010 at 12:00 p.m. Extended to May 27, 2010 at 12:00 p.m. for the Committee and the U.S. Trustee

   Related Documents:

   A. Bridge Order (A)Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (B)Deeming Utilities Adequately Assured of Future Performance, and (C)Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 30, Filed May 13, 2010]

   B. Notice of Entry of Bridge Order and Final Hearing on Motion for Entry of Interim and Final Orders Pursuant to Sections 105 (a) and 366 of the Bankruptcy Code (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Deeming Utilities Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Adequate Assurance of Payment [Docket No. 49, Filed May 14, 2010]

   Responses Received: None.

   Status: This matter will be going forward.

Dated: Wilmington, Delaware
May 27, 2010

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
       melorod@gtlaw.com

-and-

                    Nancy A. Mitchell
                    Maria J. DiConza
                    200 Park Avenue
                    New York, New York 10166
                    Telephone: (212) 801-9200
                    Facsimile: (212) 801-6400
                    Email: mitchelln@gtlaw.com
                          diconzam@gtlaw.com

                    Proposed Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
Joseph McMahon, Esq. (Office of the US Trustee)
Laurie Silverstein, Esq. (Counsel to First Lien Lender)
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)
Ellen Slights, Esq. (US Attorney's Office)
Securities & Exchange Commission
Internal Revenue Service
Affected Banks
Affected Utility Companies
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Proposed Committee Counsel)
Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Proposed Committee Counsel)
Martin Beeler, Esq. (Covington)
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)
Michelle McMahon, Esq. (Counsel to Anda)
Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)
Gail D'Alesandro (Baxter Healthcare)