UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, et al.,[1] | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 4, 2010 AT 11:30 A.M.[2]
Location: 5th Floor, Courtroom No. 4

## UNCONTESTED MATTER WITH CNO:

1. Supplemental Motion of the Debtors for Entry of an Order Authorizing the Payment of Prepetition New York State Disability Insurance Premiums

    Objection Deadline: September 27, 2010 at 4:00 p.m.

    Related Document(s):

    A. Certificate of No Objection to Motion [Docket No. 358, Filed September 29, 2010]

    B. **Order Authorizing The Payment Of Prepetition New York State Disability Insurance Premiums [Docket No. 362, Filed September 30 2010]**

    Responses Received: None.

    Status: **The Court has entered the order on this Motion. No hearing is necessary on this matter.**

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826). The address(es) for each of the Debtors is/are: Chem Rx Corporation, 750 Park Place, Long Beach, New York, 1561; B.J.K. Inc., 750 Park Place, Long Beach, New York 11561; ChemRx New Jersey, LLC, 4041 Hadley Road, Bldg M, South Plainfield, New Jersey 07080; ChemRx/Salerno's, LLC, Route 209 & Bossardsville Road, Scotia, Pennsylvania 18354; ChemRx-Boca Raton, LLC 5001 NW 13th Ave, Suite H&I, Deerfield Beach, Florida 33064; ChemRx Care, LLC, 750 Park Place, Long Beach, New York 11561.

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

**MATTERS GOING FORWARD:**

2. Motion of the Debtors for Entry of an Order Pursuant to 11 U.S.C. Section 1121(d) Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 318, Filed September 7, 2010]

    Objection Deadline: September 21, 2010 at 4:00 p.m. [Extended for the Committee]

    Related Document(s): None.

    Responses Received:

        A. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion For Entry Of An Order Extending The Exclusive Periods During Which The Debtors May File A Chapter 11 Plan and Solicit Acceptances Thereof [Docket No. 360, Filed September 29, 2010]

    Status: This matter will be going forward.

3. Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed R. Bankr. P. 2004 [Docket No. 344, Filed September 23, 2010]

    Objection Deadline: September 30, 2010 at 4:00 p.m.

    Related Document(s): None.

    Responses Received: None at this time.

    Status: This matter will be going forward.

4. Motion of the Official Committee of Unsecured Creditors for Leave to Conduct Discovery Pursuant to Fed R. Bankr. P. 2004 [Docket No. 345, Filed September 23, 2010]

    Objection Deadline: September 30, 2010 at 4:00 p.m.

    Related Document(s): None.

    Responses Received: None at this time.

    Status: This matter will be going forward.

5. Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV)Granting Related Relief [Docket No. 349, Filed September 27, 2010]

   Objection Deadline: September 29, 2010 at 4:00 p.m. [Extended for the Committee]

   Related Document(s):

   A. Order Granting Motion to Shorten Time for Notice and Response to Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV)Granting Related Relief [Docket No. 351, Filed September 27, 2010]

   Responses Received:

   A. **Limited Objection to the Debtors' Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and**

Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief Filed by Official Committee of Unsecured Creditors [Docket No. 365, Filed September 30, 2010]

Status: This matter will be going forward.

Dated: Wilmington, Delaware
October 1, 2010

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
 melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
 diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
Joseph McMahon, Esq. (Office of the US Trustee)
Laurie Silverstein, Esq. (Counsel to First Lien Lender)
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)
Ellen Slights, Esq. (US Attorney's Office)
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Committee Counsel)
Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Committee Counsel)
Martin Beeler, Esq. (Covington)
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)
Michelle McMahon, Esq. (Counsel to Anda)
Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)
Gail D'Alesandro (Baxter Healthcare)
Domenic Pacitti, Esq. (Counsel to ABDC)

Morton Branzburg, Esq.(Counsel to ABDC)
Scott Golden, Esq./Dena Kaufman, Esq. (Counsel to MTS Medication)
Marc Wieman, Esq./Ted Berkowitz, Esq. (Counsel to S Silva)
Troy Aramburu, Esq./Brock Worthen, Esq. (Counsel to NetDeposit)
Thomas Askounis, Esq. (Counsel to Kingsbridge and KHB SPV 2)
Albert Buresh, Vice Pres. Bank of America
Stuart Brown, Esq.(Counsel to Bank of America)
Paul Labov, Esq.(Counsel to Bank of America)