# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |
|---|---|
| **Debtor:** | Chem RX Corporation |
| **Case Number:** | 10-11567-MFW     **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, OCTOBER 04, 2010 11:30 AM   CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## *Matter:*

Omnibus

**R / M #:**   368 / 0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:
- Item 1 - Order entered under CNO
- Item 2 - Order entered
- Item 3 - Order entered
- Item 4 - Order entered
- Item 5 - Order due under Certification of Counsel