# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, *et al.*,[1] | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF CANCELLATION OF AUCTION

PLEASE TAKE NOTICE that pursuant to the Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Approving Bid Protections; (C) Scheduling a Hearing to Consider the Sale; (D) Approving the Form and Manner of Notice of Sale by Auction; (E) Establishing Procedures for Noticing and Determining Cure Amounts; and (F) Granting Related Relief (Docket No. 390) (the "Bid Procedures Order"), the deadline for submitting a Qualified Bid[2] was October 27, 2010, at 5:00 p.m. (Prevailing Eastern Time) (the "Bid Deadline").

PLEASE TAKE FURTHER NOTICE that no Qualified Bid was received by the Bid Deadline other than the Bid submitted by the Stalking Horse Bidder.

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826). The address(es) for each of the Debtors is/are: Chem Rx Corporation, 750 Park Place, Long Beach, New York, 1561; B.J.K. Inc., 750 Park Place, Long Beach, New York 11561; ChemRx New Jersey, LLC, 4041 Hadley Road, Bldg M, South Plainfield, New Jersey 07080; ChemRx/Salerno's, LLC, Route 209 & Bossardsville Road, Scotia, Pennsylvania 18354; ChemRx-Boca Raton, LLC 5001 NW 13th Ave, Suite H&I, Deerfield Beach, Florida 33064; ChemRx Care, LLC, 750 Park Place, Long Beach, New York 11561.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Bid Procedures Order.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bid Procedures Order, the Auction is cancelled and no Auction will be held in connection with the Acquired Assets.

Dated: Wilmington, Delaware
October 28, 2010

GREENBERG TRAURIG, LLP

_____
Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
      melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
      diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

NY 240,693,451v3