# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, et al.,[1] | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON NOVEMBER 2, 2010 AT 2:00 P.M.[2]
### Location: 5th Floor, Courtroom No. 4

## CONTESTED MATTERS GOING FORWARD:

1. Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV)Granting Related Relief [Docket No. 349, Filed September 27, 2010]

    Objection Deadline: October 27, 2010 at 5:00 p.m. (regarding approval of the Sale)

    Related Document(s):

    A. Order (A) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (B) Approving Bid Protections; (C) Scheduling a Hearing to Consider the Sale; (D) Approving the Form and Manner of Notice of Sale by Auction; (E) Establishing Procedures for Noticing and Determining Cure

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826). The address(es) for each of the Debtors is/are: Chem Rx Corporation, 750 Park Place, Long Beach, New York, 1561; B.J.K. Inc., 750 Park Place, Long Beach, New York 11561; ChemRx New Jersey, LLC, 4041 Hadley Road, Bldg M, South Plainfield, New Jersey 07080; ChemRx/Salerno's, LLC, Route 209 & Bossardsville Road, Scotia, Pennsylvania 18354; ChemRx-Boca Raton, LLC 5001 NW 13th Ave, Suite H&I, Deerfield Beach, Florida 33064; ChemRx Care, LLC, 750 Park Place, Long Beach, New York 11561.

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

  Amounts; and (F) Granting Related Relief [Docket No. 390, Filed October 6, 2010]

- B. Notice of Bid Deadline, Auction, and Sale Hearing in Connection with the Sale of Substantially All of the Debtors Assets [Docket No. 391, Filed October 6, 2010]

- C. Notice of Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts [Docket No. 392, Filed October 6, 2010]

- D. Amended Notice of Debtors' Intent to Assume and Assign Certain Leases and Executory Contracts and Fixing of Cure Amounts [Docket No. 434, Filed October 22, 2010]

- E. Amendment No. 1 to Asset Purchase Agreement [Docket No. 436, Filed October 25, 2010]

- F. Notice of Cancellation of Auction [Docket No. 453, Filed October 28, 2010]

Responses Received:

- A. Limited Objection to Motion of the Debtors for Entry of Order Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; Authorizing the Sale of Assets Free and Clear of Liens, Claims, Encumbrances and Interests; Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and Granting Related Relief Filed by Manufacturers and Traders Trust Company [Docket No. 446, Filed October 27, 2010]

- B. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order (I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances and Interests; (III) Authorizing the Assumption, Sale and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief [Docket No. 447, Filed October 27, 2010]

  C. Statement of Canadian Imperial Bank of Commerce, New York Agency, With Respect to the Debtors' Motion to Sell Substantially All of Its Assets [Docket No. 449, Filed October 27, 2010]

  D. Michael Segal's Objection to Debtors' Proposed Assumption and Assignment of Employment Letter [Docket No. 450, Filed October 27, 2010]

Status: This matter will be going forward.

2. Motion of the Debtors for Entry of an Order Authorizing ChemRx Care, LLC to Sell its Membership Interests in Chem Rx Chicago, LLC Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 359, Filed September 29, 2010]

Objection Deadline: October 15, 2010 at 4:00 p.m. [Extended for the Committee]

Related Document(s):

  A. Amended Notice of Hearing on Motion of the Debtors for Entry of an Order Authorizing ChemRx Care, LLC to Sell its Membership Interests in Chem Rx Chicago, LLC Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 439, Filed October 26, 2010]

Responses Received:

  A. Limited Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for Entry of an Order Authorizing Chem Rx Care, LLC to Sell its Membership Interests in Chem Rx Chicago, LLC Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and Granting Related Relief [Docket No. 430, Filed October 22, 2010]

Status: This matter will be going forward.

Dated: Wilmington, Delaware  
October 29, 2010

GREENBERG TRAURIG, LLP

_/s/_

Scott D. Cousins (DE Bar No. 3079)  
Dennis A. Meloro (DE Bar No. 4435)  
1007 North Orange Street, Suite 1200  
Wilmington, Delaware 19801  
Telephone: (302) 661-7000  
Facsimile: (302) 661-7360  
Email: cousinss@gtlaw.com  
       melorod@gtlaw.com

-and-

Nancy A. Mitchell  
Maria J. DiConza  
200 Park Avenue  
New York, New York 10166  
Telephone: (212) 801-9200  
Facsimile: (212) 801-6400  
Email: mitchelln@gtlaw.com  
      diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:  
Joseph McMahon, Esq. (Office of the US Trustee)  
Laurie Silverstein, Esq. (Counsel to First Lien Lender)  
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)  
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)  
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)  
Ellen Slights, Esq. (US Attorney's Office)  
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Committee Counsel)  
Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Committee Counsel)  
Martin Beeler, Esq. (Covington)  
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)  
Michelle McMahon, Esq. (Counsel to Anda)  
Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)  
Gail D'Alesandro (Baxter Healthcare)  
Domenic Pacitti, Esq. (Counsel to ABDC)  
Morton Branzburg, Esq.(Counsel to ABDC)  
Scott Golden, Esq./Dena Kaufman, Esq. (Counsel to MTS Medication)  
Marc Wieman, Esq./Ted Berkowitz, Esq. (Counsel to S Silva)  
Troy Aramburu, Esq./Brock Worthen, Esq. (Counsel to NetDeposit)  
Thomas Askounis, Esq. (Counsel to Kingsbridge and KHB SPV 2)  
Albert Buresh, Vice Pres. Bank of America

Stuart Brown, Esq.(Counsel to Bank of America)
Paul Labov, Esq.(Counsel to Bank of America)

Lisa B. Tancredi, Esq. (Counsel to M&T Trust Co.)
Mark Minuti, Esq. (Counsel to M Segal)