# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CHEM RX CORPORATION, *et al.*,[1] | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |
| | Related Docket No. 349 |

## NOTICE OF FILING OF AMENDMENT
## NO. 2 TO ASSET PURCHASE AGREEMENT

PLEASE TAKE NOTICE that, on September 27, 2010, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**") filed the *Motion of the Debtors for Entry of Orders: (A)(I) Approving Bid Procedures Relating to the Sale of the Debtors' Assets; (II) Approving Bid Protections; (III) Scheduling a Hearing to Consider the Sale; (IV) Approving the Form and Manner of Notice of Sale by Auction; (V) Establishing Procedures for Noticing and Determining Cure Amounts; and (VI) Granting Related Relief; and (B)(I) Approving Asset Purchase Agreement and Authorizing the Sale of Certain Assets of the Debtors Outside the Ordinary Course of Business; (II) Authorizing the Sale of Assets Free and Clear of All Liens, Claims, Encumbrances, and Interests; (III) Authorizing the Assumption, Sale, and Assignment of Certain Executory Contracts and Unexpired Leases; and (IV) Granting Related Relief* [Docket No. 349] (the **"Sale Motion"**) with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").[2]

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826). The addresses for the Debtors are: Chem Rx Corporation, 750 Park Place, Long Beach, New York, 1561; B.J.K. Inc., 750 Park Place, Long Beach, New York 11561; ChemRx New Jersey, LLC, 4041 Hadley Road, Bldg M, South Plainfield, New Jersey 07080; ChemRx/Salerno's, LLC, Route 209 & Bossardsville Road, Scotia, Pennsylvania 18354; ChemRx-Boca Raton, LLC 5001 NW 13th Ave, Suite H&I, Deerfield Beach, Florida 33064; ChemRx Care, LLC, 750 Park Place, Long Beach, New York 11561.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Sale Motion.

PLEASE TAKE FURTHER NOTICE that, concurrently with the Sale Motion, the Debtors filed, as Exhibit B to the Sale Motion, a copy of the purchase agreement (the "**Asset Purchase Agreement**") between the Debtors as sellers, Chem Rx Acquisition Sub, LLC, as buyer ("**PharMerica Sub**"), and PharMerica Corporation, as guarantor ("**PharMerica**" and, together with PharMerica Sub, the "**Purchaser**").

PLEASE TAKE FURTHER NOTICE that, attached hereto as Exhibit 1 is a copy of Amendment No. 2 to the Asset Purchase Agreement.

PLEASE TAKE FURTHER NOTICE, that at a hearing on **November 2, 2010 at 2:00 p.m.** (Prevailing Eastern Time) or such other time as the Bankruptcy Court shall determine (the "**Sale Hearing**"), the Debtors intend to seek approval of the sale of the Acquired Assets free and clear of all pledges, liens, security interests, encumbrances, claims, charges, options and interests thereon to the maximum extent permitted by section 363 of the Bankruptcy Code to the Purchaser, pursuant to the terms of the Asset Purchase Agreement, as amended.

[Signature on next page]

Dated: Wilmington, Delaware
      November 2, 2010

GREENBERG TRAURIG, LLP

*/s/ Dennis A. Meloro*
Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
The Nemours Building
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
       melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
       diconzam@gtlaw.com

Counsel for the Debtors
and Debtors-in-Possession