# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## *Hearing Information:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | Chem RX Corporation | | |
| **Case Number:** | 10-11567-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | TUESDAY, NOVEMBER 02, 2010 02:00 PM | CRT#4, 5TH FL. | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## *Matter:*

Sale

**R / M #:**   476 /  0

## *Appearances:*

See attached sign-in sheet

## *Proceedings:*

Agenda Matters:

Item 1 - Order due under Certification of Counsel

Item 2 - Order due under Certification of Counsel