IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Chem Rx Corporation, et al.,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 10-11567 (MFW)<br>)<br>) Jointly Administered<br>)<br>) **Re: Docket Nos. 367 and 424** |

## CERTIFICATION OF COUNSEL IN SUPPORT OF THIRD MONTHLY FEE APPLICATION OF FOX ROTHSCHILD LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM AUGUST 1, 2010 THROUGH AUGUST 31, 2010

I, Jeffrey M. Schlerf, co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession, hereby certify and state as follows:

1. On October 1, 2010, Fox Rothschild LLP ("Fox") filed the Third Monthly Fee Application of Fox Rothschild LLP for Compensation for Services Rendered and Reimbursement of Expenses as Co-Counsel to the Official Committee of Unsecured Creditors for the Period From August 1, 2010 Through August 31, 2010 [Docket No. 367] (the "Application").

2. On October 21, 2010, Canadian Imperial Bank of Commerce, New York Agency ("CIBC") filed the Objection of Canadian Imperial Bank of Commerce, New York Agency, to the Third Monthly Fee Application of Fox Rothschild LLP for Compensation and

---

[1] The Debtors and the last four digits of each Debtor's tax identification number are: Chem Rx Corporation (8469), B.J.K. Inc. (5997), ChemRx New Jersey, LLC (9370), ChemRx/Salerno's, LLC (5981), ChemRx-Boca Raton, LLC (8021) and ChemRx Care, LLC (0826).

Reimbursement of Expenses as Co-Counsel for the Official Committee of Unsecured Creditors for the Period from August 1, 2010 Through August 31, 2010 [Docket No. 424] (the "Objection").

3. In the Objection, CIBC requests, among other things, that Fox be directed to (i) file a supplemental certification of counsel in support of the Application certifying that all services rendered concerning the Committee Investigation[2] and the Committee Challenges have been billed to the appropriate project billing category, (ii) submit the aggregate amount of fees and expenses expended relating to the Committee Investigation and the Committee Challenges during the period August 1 to August 31, 2010, and (iii) certify that none of the fees and expenses expended violate the restrictions contained in paragraph 14 of the Final Cash Collateral Order.

4. In response to the Objection, Fox, through the undersigned attorneys, reviewed all of the time entries in the project billing categories in its Application. Based upon this review, I certify that $42,240.50 of the fees incurred (and 101.9 hours) concern the Committee Investigation. Such time entries are marked with "(INV)" in the attached Supplement to the Application. The attachment also summarizes by project category such time entries. Accordingly, in compliance with the restrictions contained in paragraph 14 of the Final Cash Collateral Order, eighty percent (80%) of the remaining fees of $9,644.50, or $7,715.60, plus all expenses incurred are immediately payable to Fox at this time.

5. With respect to the remaining fees, Fox was in the process of computing with its co-professionals the pro rata shares of the $25,000 "cap" under the Final Cash Collateral Order.

---

[2] Capitalized terms not otherwise defined shall have the meanings ascribed to them in the Objection.

However, given that the Committee has negotiated a resolution of its pending adversary proceeding against the First Lien Lenders, Fox's remaining fees and expenses should be paid in a manner consistent with such resolution.

WHEREFORE, Fox respectfully requests that the Debtors remit payment as set forth above.

Dated: November 10, 2010
Wilmington, Delaware

FOX ROTHSCHILD LLP

Jeffrey M. Schlerf (No. 3047)
Eric M. Sutty (No. 4007)
John H. Strock (No. 4965)
919 North Market Street, Suite 1600
Wilmington, Delaware 19801
(302) 654-7444

Co-Counsel for the Official Committee of Unsecured Creditors

**Supplement To**

**August 2010 Fee Application of Fox Rothschild**



# Fox Rothschild LLP
## ATTORNEYS AT LAW

Citizens Bank Center, Suite 1300  919 North Market Street  Wilmington, DE 19899-2323
Tel 302.654.7444  Fax 302.656.8920  www.foxrothschild.com

TAX I.D. NO. 23-1404723

WHITE & CASE LLP  
1155 AVENUE OF THE AMERICAS  
NEW YORK, NY 10036

| | |
|---|---|
| Invoice Number | 1257016 |
| Invoice Date | 09/29/10 |
| Client Number | 84712 |
| Matter Number | 00001 |

Re: CHEM RX CORPORATION

**FOR PROFESSIONAL SERVICES RENDERED THROUGH 08/31/10:**

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/17/10 | STROCK | AA | FACTUAL RESEARCH RE: FINANCING | 0.7 | $213.50 |
| 08/20/10 | STROCK | AA | REVIEW OF MEMO REGARDING AND DISCUSSION WITH E. SUTTY RE CLAIMS **(INV)** | 0.6 | $183.00 |
| 08/20/10 | STROCK | AA | LEGAL RESEARCH RE: STRATEGY **(INV)** | 0.5 | $152.50 |
| 08/23/10 | KLEIN | AA | SEARCH FOR PWC THIRD CIRCUIT CASE MENTIONED ON CONFERENCE CALL RE: CIBC LIENS **(INV)** | 13.2 | $4,752.00 |
| 08/23/10 | STROCK | AA | RESEARCH RE: AVOIDANCE (2.0); INTEROFFICE CONFERENCES WITH E. SUTTY RE: SAME (.50); TELECONFERENCE WITH E. SUTTY AND J. KLIEN RE: SAME (.4) **(INV)** | 2.9 | $884.50 |
| 08/24/10 | STROCK | AA | LEGAL RESEARCH RE: AVOIDANCE ISSUES **(INV)** | 2.3 | $701.50 |
| 08/25/10 | STROCK | AA | LEGAL AND FACTUAL RESEARCH RE: ISSUES **(INV)** | 2.9 | $884.50 |
| 08/26/10 | STROCK | AA | FACTUAL AND LEGAL RESEARCH RE: STRATEGIES **(INV)** | 1.8 | $549.00 |
| 08/26/10 | STROCK | AA | COMMUNICATION WITH CO-COUNSEL RE: ANALYSIS **(INV)** | 0.4 | $122.00 |
| 08/03/10 | SCHLERF | AP | ATTENTION TO ADVERSARY COMPLAINT **(INV)** | 0.3 | $180.00 |
| 08/03/10 | STROCK | AP | REVIEW DEBTORS' MOTION TO EXTEND REMOVAL DEADLINE | 0.1 | $30.50 |

PH1 2613418v2 10/26/10

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/03/10 | SUTTY | AP | REVIEW CIBC COMPLAINT AGAINST SAC AND AIG | 0.5 | $210.00 |
| 08/04/10 | SUTTY | AP | REVIEW MOTION OF CIBC FOR SUMMARY JUDGMENT AND MEMORANDUM IN SUPPORT | 0.5 | $210.00 |
| 08/05/10 | STROCK | AP | REVIEW CIBC COMPLAINT AGAINST SAC DOMESTIC CAPITAL FUNDING | 0.3 | $91.50 |
| 08/05/10 | SUTTY | AP | REVIEW OBJECTION OF SAC TO MOTION OF CIBC TO SHORTEN RESPONSE TIME AND SCHEDULING A HEARING FOR SUMMARY JUDGMENT | 0.3 | $126.00 |
| 08/06/10 | SCHLERF | AP | CORRESPOND WITH AVI GOLDENBERG REGARDING ADVERSARY PROCEEDING **(INV)** | 0.2 | $120.00 |
| 08/06/10 | STROCK | AP | REVIEW MOTION AND SUPPORTING MEMORANDUM OF LAW RE: CIBC'S MOTION FOR SUMMARY JUDGMENT AGAINST SAC | 0.4 | $122.00 |
| 08/09/10 | STROCK | AP | REVIEW SAC OBJECTION TO CIBC'S MOTION TO SHORTEN RE: SUMMARY JUDGMENT | 0.1 | $30.50 |
| 08/10/10 | SCHLERF | AP | CORRESPONDENCE REGARDING 2004 | 0.2 | $120.00 |
| 08/10/10 | SUTTY | AP | REVIEW DISCOVERY REQUESTS AND OVERSEE SERVICE OF SAME | 0.4 | $168.00 |
| 08/10/10 | SUTTY | AP | REVIEW DISCOVERY REQUEST AND OVERSEE FILING OF NOTICE OF SERVICE RE: SAME | 0.5 | $210.00 |
| 08/16/10 | SCHLERF | AP | CALL WITH J. ZAKIA REGARDING CHALLENGE **(INV)** | 0.2 | $120.00 |
| 08/17/10 | KLEIN | AP | EMAIL EXCHANGE WITH J. STROCK RE: DRAFTING COMPLAINT **(INV)** | 0.3 | $108.00 |
| 08/17/10 | KLEIN | AP | SEARCH FOR COMPLAINTS AND EMAIL SAME TO J. STROCK RE: DRAFTING COMPLAINT RE: CIBC LIENS **(INV)** | 0.4 | $144.00 |
| 08/17/10 | SCHLERF | AP | ATTENTION TO DRAFTS **(INV)** | 0.2 | $120.00 |
| 08/17/10 | SCHLERF | AP | INSTRUCTIONS REGARDING DRAFTING **(INV)** | 0.2 | $120.00 |
| 08/17/10 | SUTTY | AP | DRAFT COMPLAINT **(INV)** | 1.2 | $504.00 |
| 08/17/10 | SUTTY | AP | RESEARCH FOR DRAFTING **(INV)** | 3.4 | $1,428.00 |
| 08/18/10 | ISRAEL | AP | CONFERENCE CALL WITH W&C **(INV)** | 2.0 | $990.00 |
| 08/18/10 | KLEIN | AP | PARTICIPATE IN CONFERENCE | 2.0 | $720.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | CALL RE: FINANCING AND RELATED ISSUES **(INV)** | | |
| 08/18/10 | SCHLERF | AP | CALL WITH COMMITTEE PROFESSIONALS REGARDING DUE DILIGENCE **(INV)** | 2.0 | $1,200.00 |
| 08/18/10 | STROCK | AP | REVIEW MEMORANDUM OF LAW IN SUPPORT OF SAC'S CROSS-MOTION FOR SUMMARY JUDGMENT | 0.3 | $91.50 |
| 08/18/10 | SUTTY | AP | CALL WITH CO-COUNSEL RE: POTENTIAL LITIGATION **(INV)** | 2.0 | $840.00 |
| 08/18/10 | SUTTY | AP | RESEARCH FOR COMPLAINT **(INV)** | 1.2 | $504.00 |
| 08/19/10 | KLEIN | AP | CALL WITH E. SUTTY AND J. SCHLERF RE: PENDING PREPARATION AND ISSUES NEEDED TO RESEARCH **(INV)** | 0.4 | $144.00 |
| 08/19/10 | SCHLERF | AP | REVIEW MEMO REGARDING CLAIMS **(INV)** | 0.4 | $240.00 |
| 08/19/10 | SCHLERF | AP | CALL WITH SAME **(INV)** | 0.3 | $180.00 |
| 08/19/10 | SCHLERF | AP | PREPARE FOR CALL WITH JK, ES REGARDING RESEARCH **(INV)** | 0.2 | $120.00 |
| 08/19/10 | STROCK | AP | LEGAL RESEARCH RE: LAW IN DE **(INV)** | 2.9 | $884.50 |
| 08/19/10 | SUTTY | AP | REVIEW CROSS-MOTION OF S.A.C. FOR SUMMARY JUDGMENT AND RELATED MEMORANDUM IN SUPPORT | 0.5 | $210.00 |
| 08/19/10 | SUTTY | AP | TELECONFERENCE WITH J. SCHLERF AND J.K. **(INV)** | 0.3 | $126.00 |
| 08/19/10 | SUTTY | AP | CONFERENCE WITH J. STROCK RE: RESEARCH **(INV)** | 0.2 | $84.00 |
| 08/20/10 | SUTTY | AP | RESEARCH FOR POTENTIAL COMPLAINT AGAINST LENDER **(INV)** | 0.7 | $294.00 |
| 08/23/10 | SCHLERF | AP | INSTRUCTIONS REGARDING RESEARCH **(INV)** | 1.2 | $720.00 |
| 08/23/10 | SUTTY | AP | RESEARCH FOR POTENTIAL CLAIMS **(INV)** | 3.6 | $1,512.00 |
| 08/23/10 | SUTTY | AP | TELECONFERENCE WITH J. KLINE AND J. STROCK RE: CLAIMS **(INV)** | 0.4 | $168.00 |
| 08/24/10 | KLEIN | AP | RESEARCH BANKRUPTCY CASES WHERE OBJECTION RAISED TO LENDER LIENS BASED ON MEDICARE RECEIVABLES **(INV)** | 2.3 | $828.00 |
| 08/24/10 | SCHLERF | AP | CALL WITH CO-COUNSEL REGARDING STATUS **(INV)** | 0.4 | $240.00 |
| 08/24/10 | SCHLERF | AP | WORK ON RESEARCH **(INV)** | 0.7 | $420.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/24/10 | SCHLERF | AP | CORRESPONDENCE REGARDING INTERNAL RESEARCH **(INV)** | 0.3 | $180.00 |
| 08/24/10 | SUTTY | AP | RESEARCH AND DRAFT MEMO RE: CLAIMS **(INV)** | 3.9 | $1,638.00 |
| 08/25/10 | ISRAEL | AP | CONFERENCE CALL WITH W&C CO-COUNSEL, CHANNIN AND COMMITTEE MEMBERS RE CLAIMS **(INV)** | 1.4 | $693.00 |
| 08/25/10 | ISRAEL | AP | CONFERENCE CALL WITH J. SCHLERF, E. SUTTY AND J. KLEIN **(INV)** | 0.4 | $198.00 |
| 08/25/10 | ISRAEL | AP | REVIEW CREDIT DOCUMENTS RE COMPLAINT **(INV)** | 0.5 | $247.50 |
| 08/25/10 | KLEIN | AP | CONFERENCE CALL WITH E. SUTTY AND S. ISRAEL RE: DRAFTING **(INV)** | 0.4 | $144.00 |
| 08/25/10 | KLEIN | AP | REVIEW CIBC CREDIT AGREEMENTS **(INV)** | 2.5 | $900.00 |
| 08/25/10 | SCHLERF | AP | CALL WITH TEAM **(INV)** | 0.3 | $180.00 |
| 08/25/10 | SCHLERF | AP | CALL WITH AG REGARDING DOCUMENTS **(INV)** | 0.3 | $180.00 |
| 08/25/10 | SCHLERF | AP | RESEARCH REGARDING CLAIMS **(INV)** | 1.2 | $720.00 |
| 08/25/10 | SUTTY | AP | REVIEW LOAN DOCUMENTS **(INV)** | 1.3 | $546.00 |
| 08/26/10 | ISRAEL | AP | REVIEW VARIOUS FORMS OF COMPLAINTS **(INV)** | 2.1 | $1,039.50 |
| 08/26/10 | KLEIN | AP | REVIEW MEMO RE: ANALYSIS **(INV)** | 0.5 | $180.00 |
| 08/26/10 | KLEIN | AP | EMAIL EXCHANGE WITH E. SUTTY RE: DRAFTING **(INV)** | 0.1 | $36.00 |
| 08/26/10 | KLEIN | AP | EMAIL EXCHANGE WITH E. SUTTY RE: CREDIT DOCUMENTS **(INV)** | 0.3 | $108.00 |
| 08/26/10 | KLEIN | AP | REVIEW COMPLAINT FOR DRAFTING **(INV)** | 1.4 | $504.00 |
| 08/26/10 | KLEIN | AP | DRAFT CLAIMS/CAUSES OF ACTION **(INV)** | 3.3 | $1,188.00 |
| 08/26/10 | SCHLERF | AP | BACKGROUND REGARDING DRAFT **(INV)** | 0.6 | $360.00 |
| 08/26/10 | SCHLERF | AP | FOLLOW UP REGARDING STATUS OF DRAFT **(INV)** | 0.8 | $480.00 |
| 08/26/10 | SCHLERF | AP | MARK UP DRAFT **(INV)** | 3.7 | $2,220.00 |
| 08/26/10 | SUTTY | AP | RESEARCH FOR CLAIMS **(INV)** | 1.8 | $756.00 |
| 08/26/10 | SUTTY | AP | DRAFT PLEADING **(INV)** | 4.9 | $2,058.00 |
| 08/26/10 | SUTTY | AP | CALLS TO AND FROM AVI GOLDENBURG RE: DOCUMENTS | 0.4 | $168.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|------|----------|------|-------------|-------|--------|
| | | | (INV) | | |
| 08/27/10 | ISRAEL | AP | REVIEW AND PREPARE COMMENTS ON DRAFT PLEADING (INV) | 0.6 | $297.00 |
| 08/27/10 | SCHLERF | AP | ATTENTION TO EXTENSION FOR CIBC (INV) | 0.2 | $120.00 |
| 08/27/10 | SCHLERF | AP | CALL WITH S. ISRAEL (INV) | 0.2 | $120.00 |
| 08/27/10 | SCHLERF | AP | FOLLOW UP REGARDING DRAFT AND STATUS (INV) | 0.3 | $180.00 |
| 08/27/10 | SUTTY | AP | DRAFT MOTION TO EXTEND TIME TO COMMENCE ACTIONS (INV) | 0.3 | $126.00 |
| 08/27/10 | SUTTY | AP | CALL FROM S. ISRAEL RE: COMMENTS (INV) | 0.2 | $84.00 |
| 08/27/10 | SUTTY | AP | DRAFT PLEADING RE CLAIMS (INV) | 3.8 | $1,596.00 |
| 08/30/10 | SCHLERF | AP | WORK ON STIPULATION REGARDING CHALLENGE (INV) | 0.1 | $60.00 |
| 08/31/10 | SCHLERF | AP | INQUIRY REGARDING DEADLINE (INV) | 0.2 | $120.00 |
| 08/02/10 | STROCK | BO | DRAFT AND ATTEND TO FILING OF CERTIFICATION OF COUNSEL RE: COMMITTEE MEETING (.4); COMMUNICATIONS WITH CO-COUNSEL RE: SAME (.2) (INV) | 0.6 | $183.00 |
| 08/13/10 | STROCK | BO | REVIEW MAY 2010 MOR | 0.3 | $91.50 |
| 08/01/10 | SCHLERF | CA | ATTENTION TO CHALLENGE (INV) | 0.4 | $240.00 |
| 08/02/10 | CHIGGES | CA | EFILE AND SERVE COC RE COMMITTEE INFORMATION MOTION (INV) | 0.3 | $54.00 |
| 08/02/10 | CHIGGES | CA | DELIVER COC RE COMMITTEE INFORMATION MOTION TO CHAMBERS (INV) | 0.1 | $18.00 |
| 08/02/10 | CHIGGES | CA | PREPARE AND EFILE AOS RE COMMITTEE INFORMATION MOTION | 0.2 | $36.00 |
| 08/02/10 | CHIGGES | CA | REVIEW DOCKET AND DRAFT CNO RE COMMITTEE INFORMATION MOTION | 0.2 | $36.00 |
| 08/02/10 | STROCK | CA | REVIEW CRITICAL DATES | 0.1 | $30.50 |
| 08/03/10 | SCHLERF | CA | DISCUSS STRATEGY (INV) | 0.2 | $120.00 |
| 08/05/10 | CHIGGES | CA | ATTENTION TO SEPTEMBER 8 HEARING AND EXCLUSIVITY DEADLINE | 0.1 | $18.00 |
| 08/05/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.1 | $18.00 |
| 08/05/10 | CHIGGES | CA | SERVE ORDER RE COMMITTEE | 0.2 | $36.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | INFORMATION MOTION | | |
| 08/05/10 | CHIGGES | CA | PREPARE AND EFILE AOS RE COMMITTEE INFORMATION ORDER | 0.2 | $36.00 |
| 08/06/10 | SUTTY | CA | REVIEW CRITICAL DATES | 0.2 | $84.00 |
| 08/09/10 | STROCK | CA | REVIEW CRITICAL DATES | 0.1 | $30.50 |
| 08/10/10 | CHIGGES | CA | SERVE COMMITTEE'S REQUESTS FOR PRODUCTION OF DOCUMENTS | 0.5 | $90.00 |
| 08/10/10 | CHIGGES | CA | PREPARE AND EFILE NOTICE OF SERVICE RE THE COMMITTEE'S REQUESTS FOR PRODUCTION OF DOCUMENTS | 0.3 | $54.00 |
| 08/10/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.1 | $18.00 |
| 08/11/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.1 | $18.00 |
| 08/11/10 | STROCK | CA | REVIEW DOCKET AND DEADLINES | 0.2 | $61.00 |
| 08/13/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.3 | $54.00 |
| 08/13/10 | SCHLERF | CA | REVIEW FILING | 0.1 | $60.00 |
| 08/16/10 | SCHLERF | CA | REVIEW MOTION TO REJECT | 0.2 | $120.00 |
| 08/16/10 | STROCK | CA | REVIEW CRITICAL DATES | 0.1 | $30.50 |
| 08/16/10 | SUTTY | CA | REVIEW CRITICAL DATES | 0.2 | $84.00 |
| 08/17/10 | CHIGGES | CA | ATTENTION TO FIRST DAY PLEADINGS | 0.4 | $72.00 |
| 08/18/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.1 | $18.00 |
| 08/20/10 | CHIGGES | CA | ATTENTION TO SERVICE LIST UPDATES | 0.2 | $36.00 |
| 08/20/10 | CHIGGES | CA | ATTENTION TO ORDER EXTENDING CHALLENGE PERIOD (INV) | 0.1 | $18.00 |
| 08/23/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.4 | $72.00 |
| 08/23/10 | CHIGGES | CA | UPDATE SERVICE LISTS RE UST CHANGE | 0.1 | $18.00 |
| 08/23/10 | SUTTY | CA | REVIEW CRITICAL DATES | 0.2 | $84.00 |
| 08/25/10 | STROCK | CA | REVIEW CRITICAL DATES | 0.1 | $30.50 |
| 08/27/10 | WRAY | CA | ATTENTION TO CALENDAR CRITICAL DATES | 0.1 | $15.00 |
| 08/27/10 | WRAY | CA | ATTENTION TO DOCKET FOR UPCOMING OMNIBUS HEARING DATES AND EMAIL TO E.SUTTY | 0.1 | $15.00 |
| 08/30/10 | CHIGGES | CA | DELIVER COC RE EXTENDING | 0.1 | $18.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | TIME TO COMMENCE CERTAIN ACTIONS TO CHAMBERS **(INV)** | | |
| 08/30/10 | CHIGGES | CA | CHECK DOCKET AND UPDATE CRITICAL DATES MEMO | 0.2 | $36.00 |
| 08/30/10 | CHIGGES | CA | EFILE COC RE EXTENDING TIME TO COMMENCE CERTAIN ACTIONS **(INV)** | 0.2 | $36.00 |
| 08/30/10 | SUTTY | CA | REVIEW AND REVISE CRITICAL DATES | 0.2 | $84.00 |
| 08/30/10 | WRAY | CA | ATTENTION TO DOCKET AND EMAIL BAR DATE ORDER AND NOTICE TO J. SCHLERF | 0.1 | $15.00 |
| 08/30/10 | WRAY | CA | REVIEW DOCKET FOR PROOF OF CLAIM EXHIBIT FROM BAR DATE MOTION AND EMAIL TO J. SCHLERF | 0.1 | $15.00 |
| 08/31/10 | STROCK | CA | REVIEW CRITICAL DATES | 0.1 | $30.50 |
| 08/03/10 | CHIGGES | CH | ATTENTION TO AUGUST 5 HEARING AGENDA | 0.2 | $36.00 |
| 08/03/10 | SCHLERF | CH | ATTENTION TO AGENDA | 0.1 | $60.00 |
| 08/03/10 | SUTTY | CH | REVIEW AGENDA | 0.2 | $84.00 |
| 08/03/10 | WRAY | CH | ATTENTION TO HEARING BINDER FOR AUGUST 5, 2010 | 0.5 | $75.00 |
| 08/04/10 | CHIGGES | CH | SCHEDULE COURTCALL APPEARANCE FOR J. CUNNINGHAM RE AUGUST 5 HEARING | 0.1 | $18.00 |
| 08/04/10 | SCHLERF | CH | CORRESPONDENCE REGARDING HEARING AND STATUS CONFERENCE | 0.4 | $240.00 |
| 08/04/10 | STROCK | CH | COMMUNICATIONS WITH CO-COUNSEL RE: SCHEDULED AUG. 5 HEARING | 0.1 | $30.50 |
| 08/04/10 | WRAY | CH | ATTENTION TO COURTCALL APPEARANCE OF JASON ZAKIA FOR TELEPHONIC APPEARANCE IN HEARING SCHEDULED FOR AUGUST 5, 2010 | 0.2 | $30.00 |
| 08/05/10 | CHIGGES | CH | ATTENTION TO AUGUST 5 HEARING BINDER | 0.2 | $36.00 |
| 08/05/10 | SCHLERF | CH | PREPARE FOR AND ATTEND HEARING | 1.1 | $660.00 |
| 08/05/10 | SCHLERF | CH | MEMO REGARDING HEARING | 0.3 | $180.00 |
| 08/05/10 | WRAY | CH | ATTENTION TO HEARING BINDER FOR AUGUST 5, 2010 | 0.4 | $60.00 |
| 08/05/10 | WRAY | CH | ATTENTION TO COURT CALL CANCELATION OF MR. ZAKIA'S TELEPHONIC APPEARANCE FOR | 0.2 | $30.00 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| | | | HEARING ON AUGUST 5, 2010 | | |
| 08/20/10 | SUTTY | CR | REVIEW CHALLENGE DEADLINE **(INV)** | 0.2 | $84.00 |
| 08/26/10 | STROCK | CR | REVIEW FINAL CASH COLLATERAL ORDER **(INV)** | 1.2 | $366.00 |
| 08/27/10 | STROCK | CR | EXCHANGE E-MAILS WITH J. SCHLERF RE: DEBTORS' USE OF CASH COLLATERAL **(INV)** | 0.2 | $61.00 |
| 08/27/10 | SUTTY | CR | DRAFT STIPULATION EXTENDING CHALLENGE DEADLINE AND CIRCULATE TO LENDERS' COUNSEL **(INV)** | 0.6 | $252.00 |
| 08/30/10 | SUTTY | CR | FINALIZE CERTIFICATION OF COUNSEL RE: STIPULATION EXTENDING CHALLENGE DEADLINE **(INV)** | 0.3 | $126.00 |
| 08/03/10 | SCHLERF | EA2 | ATTENTION TO LAZARD ORDER | 0.2 | $120.00 |
| 08/06/10 | SUTTY | EC | REVIEW MOTION TO OBJECT EMPLOYMENT AGREEMENT | 0.2 | $84.00 |
| 08/18/10 | STROCK | EC | REVIEW DEBTORS' MOTION TO EXTEND TIME TO ASSUME/ASSIGN CONTACTS AND LEASES | 0.2 | $61.00 |
| 08/13/10 | STROCK | FA1 | REVIEW DOCKET AND EXECUTE CNO RE: FOX ROTHSCHILD FIRST MONTHLY FEE APPLICATION | 0.2 | $61.00 |
| 08/13/10 | WRAY | FA1 | DRAFT CNO REGARDING FOX FIRST MONTHLY FEE APP AND ATTENTION TO FILING | 0.3 | $45.00 |
| 08/16/10 | SCHLERF | FA1 | REVIEW TIME FOR JULY APPLICATION | 0.4 | $240.00 |
| 08/17/10 | CHIGGES | FA1 | PREPARE FOX SECOND MONTHLY FEE APP | 0.5 | $90.00 |
| 08/17/10 | SCHLERF | FA1 | INSTRUCTIONS REGARDING FEE APPLICATION | 0.1 | $60.00 |
| 08/18/10 | CHIGGES | FA1 | PREPARE FOX SECOND MONTHLY FEE APP | 0.6 | $108.00 |
| 08/18/10 | STROCK | FA1 | REVIEW AND REVISE DRAFT JULY FEE APPLICATION FOR FOX ROTHSCHILD | 0.5 | $152.50 |
| 08/19/10 | CHIGGES | FA1 | PREPARE FOX SECOND MONTHLY FEE APP | 0.3 | $54.00 |
| 08/20/10 | CHIGGES | FA1 | EFILE AND SERVE FOX SECOND MONTHLY FEE APP | 0.6 | $108.00 |
| 08/20/10 | STROCK | FA1 | REVIEW AND ATTEND TO FILING OF FOX ROTHSCHILD'S SECOND MONTHLY FEE APPLICATION | 0.3 | $91.50 |
| 08/02/10 | CHIGGES | FA2 | PREPARE AND EFILE CNO RE | 0.2 | $36.00 |

PH1 2613418v2 10/26/10

| Date | Attorney | Task | Description | Hours | Amount |
|------|----------|------|-------------|-------|--------|
| | | | BLACKSTONE SECOND MONTHLY FEE APP | | |
| 08/12/10 | STROCK | FA2 | REVIEW K&W INTERIM FEE APPLICATION | 0.1 | $30.50 |
| 08/16/10 | STROCK | FA2 | CALL WITH CO-COUNSEL RE: FILING OF FEE APPLICATIONS | 0.2 | $61.00 |
| 08/17/10 | CHIGGES | FA2 | PREPARE NOTICE AND COS RE WHITE & CASE FIRST MONTHLY FEE APP | 0.4 | $72.00 |
| 08/17/10 | STROCK | FA2 | REVIEW COMPENSATION PROCEDURES ORDER (.2); COMMUNICATIONS WITH CO-COUNSEL RE: SAME (.2) | 0.4 | $122.00 |
| 08/17/10 | STROCK | FA2 | CALL WITH CO-COUNSEL RE: FEE APPLICATIONS | 0.2 | $61.00 |
| 08/17/10 | STROCK | FA2 | COMMUNICATION WITH CO-COUNSEL RE: FILING MONTHLY FEE APPLICATIONS (.1); COMMUNICATION WITH D. CHIGGES RE: SAME (.1) | 0.2 | $61.00 |
| 08/18/10 | CHIGGES | FA2 | PREPARE NOTICE AND COS RE WHITE & CASE FIRST MONTHLY FEE APP | 0.2 | $36.00 |
| 08/18/10 | CHIGGES | FA2 | EFILE WHITE & CASE FIRST MONTHLY FEE APP | 0.4 | $72.00 |
| 08/18/10 | CHIGGES | FA2 | SERVE WHITE & CASE FIRST MONTHLY FEE APP | 1.2 | $216.00 |
| 08/18/10 | STROCK | FA2 | REVIEW AND REVISE NOTICE AND CERTIFICATE OF SERVICE FOR WHITE & CASE'S FIRST MONTHLY FEE APPLICATION | 0.1 | $30.50 |
| 08/18/10 | STROCK | FA2 | REVIEW AND ATTEND TO FILING OF WHITE & CASE FIRST MONTHLY FEE APPLICATION | 0.6 | $183.00 |
| 08/19/10 | STROCK | FA2 | REVIEW AND ATTEND TO FILING OF CHANIN'S FIRST MONTHLY FEE APPLICATION | 0.4 | $122.00 |
| 08/19/10 | WRAY | FA2 | DRAFT NOTICE AND COS AND ATTENTION TO FILING FIRST MONTHLY APPLICATION OF CHANIN CAPITAL ADVISORS | 0.8 | $120.00 |
| 08/25/10 | WRAY | FA2 | ATTENTION TO RESEARCH ADVERSARY PROCEEDINGS AND EMAIL TO J.SCHLERF (INV) | 1.3 | $195.00 |
| 08/26/10 | WRAY | FA2 | ATTENTION TO RESEARCH | 0.5 | $75.00 |
| 08/27/10 | STROCK | FA2 | REVIEW GRANT THORNTON JULY FEE APPLICATION | 0.1 | $30.50 |
| 08/30/10 | STROCK | FA2 | REVIEW DEBTORS' COUNSEL'S JULY MONTHLY FEE APPLICATION | 0.3 | $91.50 |

| Date | Attorney | Task | Description | Hours | Amount |
|---|---|---|---|---|---|
| 08/04/10 | SCHLERF | MC | PARTICIPATE IN COMMITTEE CALL | 0.3 | $180.00 |
| 08/04/10 | STROCK | MC | PREPARE FOR AND PARTICIPATE IN COMMITTEE CONFERENCE CALL RE: BIDS RECEIVED FOR DEBTORS' ASSETS | 0.8 | $244.00 |
| 08/18/10 | SCHLERF | MC | COMMITTEE WEEKLY CALL | 0.5 | $300.00 |
| 08/24/10 | SCHLERF | MC | CORRESPONDENCE REGARDING CALLS TOMORROW | 0.2 | $120.00 |
| 08/25/10 | SCHLERF | MC | CALL WITH PROFESSIONALS PRIOR TO COMMITTEE CALL | 0.3 | $180.00 |
| 08/25/10 | SCHLERF | MC | WEEKLY COMMITTEE CALL | 0.7 | $420.00 |
| 08/25/10 | SUTTY | MC | COMMITTEE CONFERENCE CALL | 0.8 | $336.00 |
| 08/26/10 | SCHLERF | MC | CORRESPONDENCE REGARDING MEETINGS IN NEW YORK | 0.3 | $180.00 |
| 08/09/10 | WRAY | PC | ATTENTION TO CALENDAR BAR DATE NOTICE | 0.2 | $30.00 |
| 08/18/10 | STROCK | PC | REVIEW BAR DATE NOTICE | 0.1 | $30.50 |
| 08/20/10 | KLEIN | PC | REVIEW VARIOUS CHAPTER 11 CASES FOR COMPLAINTS **(INV)** | 1.6 | $576.00 |
| 08/20/10 | KLEIN | PC | REVIEW RESEARCH ON ENFORCEABILITY **(INV)** | 0.3 | $108.00 |
| 08/20/10 | KLEIN | PC | REVIEW J. ZAKIA EMAIL RE: TITLE REPORTS ON LEASED PROPERTY | 0.1 | $36.00 |
| 08/20/10 | KLEIN | PC | REVIEW PLEADINGS FILED IN CASES | 1.4 | $504.00 |
| 08/23/10 | KLEIN | PC | CONFER WITH J. STROCK AND E. SUTTY RE: STATUS OF TASKS RE: ANALYSIS OF CLAIMS **(INV)** | 0.3 | $108.00 |
| 08/25/10 | KLEIN | PC | REVIEW E. SUTTY MEMORANDUM RE: POTENTIAL CLAIMS **(INV)** | 0.3 | $108.00 |
| 08/30/10 | SCHLERF | PC | MEMO TO OCC REGARDING BAR DATE | 0.4 | $240.00 |
| 08/16/10 | SUTTY | TR | REVIEW MONTHLY OPERATING REPORTS | 0.2 | $84.00 |
| | | | TOTAL: | 132.8 | $51,885.00 |

## INVESTIGATION/CHALLENGE HOURS & FEES

| Task | Description | Hours | Total |
|---|---|---|---|
| AA | ASSET ANALYSIS & RECOVERY | 24.6 | $8,229.00 |
| AP | LITIGATION/ADVERSARY PROCEEDINGS | 67.9 | $30,485.50 |
| BO | BUSINESS OPERATIONS | 0.6 | $183.00 |
| CA | CASE ADMINISTRATION | 1.4 | $504.00 |
| CH | COURT HEARINGS | 1.1 | $660.00 |
| CR | CASH COLLATERAL/DIP FINANCING | 2.5 | $889.00 |
| FA2 | FEE APPLICATION OF OTHER PROFESSIONALS | 1.3 | $195.00 |
| PC | CLAIMS, ANALYSIS, OBJECTIONS & RESOLUTIONS | 2.5 | $1,095.00 |
|  |  | 101.9 | $42,240.50 |