IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CRC PARENT CORPORATION, *et al.* | : | |
| f/k/a CHEM RX CORPORATION, *et al.*, | : | Case No.: 10-11567 (MFW) |
| | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket. Nos.: 318, 383 |

**ORDER PURSUANT TO 11 U.S.C. § 1121(d) EXTENDING THE EXCLUSIVE PERIODS TO FILE A CHAPTER 11 PLAN AND SOLICIT ACCEPTANCES THEREOF**

Upon consideration of the Motion for Entry of an Order Pursuant to 11 U.S.C. § 1121(d) Extending the Exclusive Periods During Which the Debtors May File a Chapter 11 Plan and Solicit Acceptances Thereof (the "**Motion**")[1] filed by the above-captioned debtors (the "**Debtors**"); and considering the objections of the Committee and the agent for the First Lien Lenders (the "**First Lien Agent**"); and a hearing having been held on November 9, 2010 (the "**Hearing**"); and good cause having been shown; and no further notice or hearing on the Motion being required; and for the reasons set forth by the Court on the record of the Hearing; therefor,

**THE COURT FINDS AND CONCLUDES THAT:**

A. This Court has jurisdiction over these Cases under 28 U.S.C. § 1334(b).

B. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

C. Due and adequate notice has been given to all parties entitled thereto, and no other or further notice is necessary or required.

D. To the extent modified herein, the relief requested in the Motion is necessary and in the best interests of the Debtors, their estates and their creditors.

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

WM1A 974025v1 11/22/10

**THEREFORE, IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED IN PART and DENIED IN PART as set forth below.

2. Except as provided in paragraph 3 below, the Exclusive Filing Period for the Debtors is extended through and including January 31, 2011 and the Exclusive Solicitation Period for the Debtors is extended through and including February 28, 2011.

3. The Debtors' exclusivity under section 1121 of the Bankruptcy Code is hereby terminated solely to permit the Committee and the First Lien Agent to jointly file and solicit acceptances of a chapter 11 plan for the Debtors in these cases as set forth on the record of the Hearing and consistent with the plan term sheet attached hereto as Exhibit A.

4. This Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: November 23, 2010

Honorable Mary F. Walrath
United States Bankruptcy Judge

WM1A 974025v1 11/22/10