# EXHIBIT A

# CHEM RX
## Proposed Terms Among CIBC (as Lender) and Creditors' Committee

| | |
|---|---|
| Administrative Claims and Wind-Down Costs in Excess of M&T Account | Cap of $3.6 mm but Lenders will fund up to additional $1 mm only (subject to reimbursement below) |
| Distribution to Unsecureds | $2.0 mm to fund Litigation Trust |
| Litigation Trust to pursue all Causes of Action | First proceeds of all causes of action to pay $1 mm (if $1 mm of Administrative Claims above $3.6 mm funded by Lenders) and $2 mm if funded by Unsecureds, pro rata. |
| All non-management causes of action, including claims under D&O policies | To be shared 50% (to Unsecureds) and 50% to Lenders |
| All causes of action against management | The first $12 mm of Litigation Trust proceeds shall be shared 60% to the Unsecureds and 40% to the Lenders |
| | Recovery above $12 mm shall be shared 70% to the Unsecureds and 30% to the Lenders |
| Releases | Full releases from estate causes of action and committee members. Releases to be mutual as to Committee. |
| Litigation Trust | Committee to appoint Meade Monger (Alix Partners) or other Litigation Trustee of their choice |
| | Oversight Committee to be appointed, to include one member appointed by Committee and one member by the Lenders |
| | Committee member and Litigation Trustee to direct litigation. |
| | Settlements to be approved by each of Litigation Trustee and both Oversight Committee members with disputes to be resolved by the Court. |

|  | Litigation Trustee may request approval from the Oversight Committee to surcharge litigation recoveries to pay for administrative costs of trust; provided, however, that the Litigation Trustee may not surcharge recoveries to the Unsecureds or the Lenders without the consent of the respective designee. |
|---|---|
| Plan | Parties to move expeditiously to prepare and file a liquidating plan of reorganization. Counsel to the Lenders to draft the Plan. Counsel to the Committee to prepare Litigation Trust documents. |
| Budget | Debtors, CIBC and Creditors' Committee to agree to administrative claims budget. |