# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | Chem RX Corporation |
| **Case Number:** | 10-11567-MFW  **Chapter:** 11 |
| **Date / Time / Room:** | MONDAY, JANUARY 10, 2011 10:30 AM  CRT#4, 5TH FL. |
| **Bankruptcy Judge:** | MARY F. WALRATH |
| **Courtroom Clerk:** | LAURIE CAPP |
| **Reporter / ECR:** | BRANDON MCCARTHY |

## Matter:

**1)** Omnibus
  **R / M #:**  670 / 0

**2)** Fees
  **R / M #:**  0 / 0
  **VACATED:** Moved to 2/11/11 at counsel's request

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
  Item 1 - Continued
  Item 2 - Order due under Certification of Counsel