# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRC PARENT CORPORATION, *et al.* | ) | Case No. 10-11567 (MFW) |
| f/k/a CHEM RX CORPORATION, *et al.*,[1] | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

**CERTIFICATION OF COUNSEL RE: SCHEDULING OF HEARING ON MOTION FOR ENTRY OF AN ORDER APPROVING: (I) THE FORM AND MANNER OF NOTICE OF THE DISCLOSURE STATEMENT HEARING; (II) THE DISCLOSURE STATEMENT; (III) PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; AND (IV) RELATED NOTICE AND OBJECTION PROCEDURES**

The undersigned counsel to Canadian Imperial Bank of Commerce, New York Agency, as administrative agent (the "First Lien Agent") in the above-captioned jointly administered cases of CRC Parent Corporation and its affiliated debtors (the "Debtors"), hereby certifies as follows:

1.      At the omnibus hearing held before the Court today, January 10, 2011, counsel to the First Lien Agent made a request (the "Request") for approval of the schedule for the Motion for Entry of an Order Approving: (I) the Form and Manner of Notice of the Disclosure Statement hearing; (II) the Disclosure Statement (III) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; and (IV) Related Notice and Objection Procedures (the "Solicitation Procedures Motion")[2].

2.      The Court approved the Request subject to the submission of a form of order.

---

[1]     The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: CRC Parent Corporation f/k/a Chem Rx Corporation (8469), B.J.K. Inc. (5997), CRC NJ, LLC f/k/a ChemRx New Jersey, LLC (9370), CRC PA, LLC f/k/a ChemRx / Salerno's, LLC (5981), CRC BR, LLC f/k/a ChemRx-Boca Raton, LLC (8021) and CRC CT, LLC f/k/a ChemRx Care, LLC (0826).

[2]     Terms not otherwise defined herein have the meaning ascribed to such terms in the Solicitation Procedures Motion.

3.      Attached is a proposed order (the "Proposed Order").

WHEREFORE, the undersigned counsel request that the Court approve the Proposed

Order at its earliest convenience.

Dated:   January 10, 2011               /s/ Laurie Selber Silverstein
         Wilmington, Delaware           **POTTER ANDERSON & CORROON LLP**
                                        Laurie Selber Silverstein (DE Bar No. 2396)
                                        Hercules Plaza, Sixth Floor
                                        1313 N. Market Street
                                        P.O. Box 951
                                        Wilmington, Delaware 19899-0951
                                        Telephone: (302) 984-6000
                                        Facsimile: (302) 658-1192

                                        -and-

                                        KAYE SCHOLER LLP
                                        Madlyn Gleich Primoff
                                        425 Park Avenue
                                        New York, New York 10022
                                        Telephone: (212) 836-8000
                                        Facsimile: (212) 836-8689

                                        *Counsel for Canadian Imperial Bank of Commerce,*
                                        *New York Agency, as administrative agent*