# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CRC PARENT CORPORATION, *et al.* | ) | Case No. 10-11567 (MFW) |
| f/k/a CHEM RX CORPORATION, *et al.*,[3] | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **RE: Docket No. \_\_\_\_\_** |
| | ) | |

## ORDER APPROVING SCHEDULE ON HEARING RE: MOTION FOR ENTRY OF AN ORDER APPROVING: (I) THE FORM AND MANNER OF NOTICE OF THE DISCLOSURE STATEMENT HEARING; (II) THE DISCLOSURE STATEMENT (III) PROCEDURES FOR THE SOLICITATION AND TABULATION OF VOTES TO ACCEPT OR REJECT THE PLAN; AND (IV) RELATED NOTICE AND OBJECTION PROCEDURES

Upon the request (the "Request") of counsel to Canadian Imperial Bank of Commerce, New York Agency, as administrative agent (the "First Lien Agent") in the above-captioned jointly administered cases of CRC Parent Corporation and its affiliated debtors (the "Debtors") for a schedule for hearing on the Motion for Entry of an Order Approving: (a) the Form and Manner of Notice of the Disclosure Statement Hearing; (b) the Disclosure Statement; (c) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; and (d) Related Notice and Objection Procedures (the "Solicitation Procedures Motion"); it appearing that the Request is in the best interests of the Debtors, their Estates, and other parties in interest; the Bankruptcy Court having jurisdiction over the matters raised by the Request pursuant to 28 U.S.C. §§ 157 and 1334; consideration of the Request being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); venue being proper before this Bankruptcy Court pursuant to 28 U.S.C. §§ 1408 and 1409; it is HEREBY ORDERED ADJUDGED and DECREED that:

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: CRC Parent Corporation f/k/a Chem Rx Corporation (8469), B.J.K. Inc. (5997), CRC NJ, LLC f/k/a ChemRx New Jersey, LLC (9370), CRC PA, LLC f/k/a ChemRx / Salerno's, LLC (5981), CRC BR, LLC f/k/a ChemRx-Boca Raton, LLC (8021) and CRC CT, LLC f/k/a ChemRx Care, LLC (0826).

1. The following schedule is APPROVED.

2. The Solicitation Procedures Motion shall be served on or before January 11, 2011.

3. The Solicitation Procedures Motion shall be heard on February 4, 2011 at 9:30 a.m.

4. Objections, if any, to the relief requested in the Solicitation Procedures Motion shall be filed with the Court and served so as to be received by the proponents of the Solicitation Procedures Motion on or before January 28, 2011 at 4:00 p.m.

5. This Court shall retain jurisdiction to interpret and enforce the provisions of this Order.

Dated this ___ day of January 2011

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge

996239v.3