# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CRC PARENT CORPORATION, *et al.*<br>f/k/a CHEM RX CORPORATION, *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 10-11567 (MFW)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 17, 2011 AT 2:00 P.M.[1]
Location: 5th Floor, Courtroom No. 4**

**ADJOURNED/CONTINUED MATTERS:**

1. Motion for Payment of Administrative Expenses/Claims Filed by IPrint Technologies Inc. [Docket No. 708, Filed January 19, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is being adjourned to a date to be determined.

2. Motion for Payment of Administrative Expenses/Claims Filed by Medical Specialties Distributors, LLC [Docket No. 709, Filed January 20, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is being adjourned to a date to be determined.

3. Motion for Payment of Administrative Expenses/Claims Filed by Advanced Orthopaedics [Docket No. 712, Filed January 24, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

---

[1] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Responses Received: None.

Related Documents: None.

Status: This matter is being adjourned to a date to be determined.

4. Motion for Payment of Administrative Expenses/Claims in the amount of $1,512.00 Filed by Nortech Laboratories, Inc. [Docket No. 715, Filed January 25, 2011]

   Response Deadline: February 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is being adjourned to a date to be determined.

5. First Omnibus Objection to Claims to Certain(a) Assumed and Assigned Claims (b) Claims for Which no Amounts are Due and Owing and (c) Improperly Classified Claims Pursuant to Sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 795, Filed February 15, 2011]

   Response Deadline: March 10, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is being adjourned to a date to be determined.

6. Objection to Claim by Claimant The Pennsylvania Department of Revenue. Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 796, Filed February 15, 2011]

   Response Deadline: March 10, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is being adjourned to a date to be determined.

7. *Confirmation* of First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 778, Filed February 8, 2011]

   Response Deadline: March 10, 2011 at 5:00 p.m. [Extended for the Silvas]

   Responses Received: None.

   Related Documents:

   A. Order Granting the Motion of the Plan Proponents for Entry of an Order Approving: (I) the Form and Manner of Notice of the Disclosure Statement Hearing; (II) the Disclosure Statement; (III) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; and (IV) Related Notice and Objection Procedures [Docket No. 775, Filed February 8, 2011]

   B. First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 776, Filed February 8, 2011]

   C. Blackline of First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 777, Filed February 8, 2011]

   D. Blackline of First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 779, Filed February 8, 2011]

   E. Notice of Filing of Plan Supplement Filed by Official Committee of Unsecured Creditors [Docket No. 814, Filed February 18, 2011]

F.  Second Notice of Filing of Plan Supplement Filed by Official Committee of Unsecured Creditors [Docket No. 816, Filed February 18, 2011]

G.  Declaration of Evan Gershbein Regarding Tabulation of Ballots with Respect to Vote on First Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent [Docket No. 841, Filed March 14, 2011]

Status: Counsel has requested a continuance of the hearing to April 7, 2011 at 10:30 a.m. and will provide the Court with a status update at this hearing.

Dated: Wilmington, Delaware
March 15, 2011

GREENBERG TRAURIG, LLP

/s/ Dennis A. Meloro
Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
    melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
    diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
Richard Schepacarter, Esq. (Office of the US Trustee)
Laurie Silverstein, Esq. (Counsel to First Lien Lender)
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)
Ellen Slights, Esq. (US Attorney's Office)
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Committee Counsel)

Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Committee Counsel)
Martin Beeler, Esq. (Covington)
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)
Michelle McMahon, Esq. (Counsel to Anda)
Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)
Gail D'Alesandro (Baxter Healthcare)
Domenic Pacitti, Esq. (Counsel to ABDC)
Morton Branzburg, Esq.(Counsel to ABDC)
Scott Golden, Esq./Dena Kaufman, Esq. (Counsel to MTS Medication)
Marc Wieman, Esq./Ted Berkowitz, Esq. (Counsel to S Silva)
Troy Aramburu, Esq./Brock Worthen, Esq. (Counsel to NetDeposit)
Thomas Askounis, Esq. (Counsel to Kingsbridge and KHB SPV 2)
Albert Buresh, Vice Pres. Bank of America
Stuart Brown, Esq.(Counsel to Bank of America)
Paul Labov, Esq.(Counsel to Bank of America)

Via Facsimile and/or Overnight Mail:
Administrative and Omnibus Claimants