**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CRC PARENT CORPORATION, *et al.* f/ka CHEM RX CORPORATION, *et al.*, | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

<u>AMENDED</u>[1] NOTICE OF AGENDA OF MATTERS SCHEDULED
<u>FOR HEARING ON APRIL 7, 2011 AT 10:30 AM.</u>[2]
**Location: 5th Floor, Courtroom No. 4**

<u>ADJOURNED/CONTINUED MATTERS:</u>

1.     Motion for Payment of Administrative Expenses/Claims Filed by IPrint Technologies Inc. [Docket No. 708, Filed January 19, 2011]

       Response Deadline: February 25, 2011 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       <u>Status</u>: This matter is being adjourned to a date to be determined.

2.     Motion for Payment of Administrative Expenses/Claims Filed by Medical Specialties Distributors, LLC [Docket No. 709, Filed January 20, 2011]

       Response Deadline: February 25, 2011 at 4:00 p.m.

       Responses Received:  None.

       Related Documents:   None.

       <u>Status</u>: This matter is being adjourned to a date to be determined.

3.     Motion for Payment of Administrative Expenses/Claims Filed by Advanced Orthopaedics [Docket No. 712, Filed January 24, 2011]

---

[1] Amended items appear in bold.

[2] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.

Response Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter is being adjourned to a date to be determined.

4.      Motion for Payment of Administrative Expenses/Claims in the amount of $1,512.00 Filed by Nortech Laboratories, Inc. [Docket No. 715, Filed January 25, 2011]

Response Deadline: February 25, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter is being adjourned to a date to be determined.

5.      First Omnibus Objection to Claims to Certain(a) Assumed and Assigned Claims (b) Claims for Which no Amounts are Due and Owing and (c) Improperly Classified Claims Pursuant to Sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 795, Filed February 15, 2011]

Response Deadline: March 10, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter is being adjourned to a date to be determined.

6.      Objection to Claim by Claimant The Pennsylvania Department of Revenue. Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 796, Filed February 15, 2011]

Response Deadline: March 10, 2011 at 4:00 p.m.

Responses Received:  None.

Related Documents:   None.

Status: This matter is being adjourned to a date to be determined.

**CONFIRMATION:**

7.     *Confirmation* of First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 778, Filed February 8, 2011]

Response Deadline: March 10, 2011 at 5:00 p.m. [Extended for the Silvas]

Responses Received:

A.     Objection of Steven Silva to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 843, Filed March 15, 2011]

B.     Joinder of Jerry Silva to the Objection of Steven Silva to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 844, Filed March 15, 2011]

Related Documents:

A.     Order Granting the Motion of the Plan Proponents for Entry of an Order Approving: (I) the Form and Manner of Notice of the Disclosure Statement Hearing; (II) the Disclosure Statement; (III) Procedures for the Solicitation and Tabulation of Votes to Accept or Reject the Plan; and (IV) Related Notice and Objection Procedures [Docket No. 775, Filed February 8, 2011]

B.     First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 776, Filed February 8, 2011]

C.    Blackline of First Amended Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code with Respect to the First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 777, Filed February 8, 2011]

D.    Blackline of First Amended Joint Plan of Liquidation for CRC Parent Corporation and Its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 779, Filed February 8, 2011]

E.    Notice of Filing of Plan Supplement Filed by Official Committee of Unsecured Creditors [Docket No. 814, Filed February 18, 2011]

F.    Second Notice of Filing of Plan Supplement Filed by Official Committee of Unsecured Creditors [Docket No. 816, Filed February 18, 2011]

G.    Declaration of Evan Gershbein Regarding Tabulation of Ballots with Respect to Vote on First Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent [Docket No. 841, Filed March 14, 2011]

H.    Memorandum of Law of Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors in Support of Confirmation and Reply to Objections to Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors [Docket No. 867, Filed April 1, 2011]

I.    Declaration of William C. Russo in Support of the Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and The Official Committee of Unsecured Creditors Filed by Canadian Imperial Bank of Commerce, New York Agency, as Prepetition First Lien

Administrative Agent [Docket No. 868, Filed April 4, 2011]

J.      Declaration of Dennis G. Cape in Support of Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors [Docket No. 869, Filed April 4, 2011]

K.      Declaration of John P. Madden in Support of Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 870, Filed April 4, 2011]

L.      Declaration of Mark Gudis in Support of Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors [Docket No. 871, Filed April 4, 2011]

M.      Declaration of Brian Spenner in Support of Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors Filed by Official Committee of Unsecured Creditors [Docket No. 872, Filed April 4, 2011]

N.      Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and The Official Committee of Unsecured Creditors Filed by Canadian Imperial Bank of Commerce, New York Agency, as First Lien Agent, Official Committee of Unsecured Creditors [Docket No. 873, Filed April 4, 2011]

O.      Redline of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and The Official

Committee of Unsecured Creditors Filed by Canadian Imperial Bank of Commerce, New York Agency, as First Lien Agent, Official Committee of Unsecured Creditors [Docket No. 874, Filed April 4, 2011]

P.     Notice of Filing of Draft Proposed Confirmation Order Filed by Canadian Imperial Bank of Commerce, New York Agency, as First Lien Agent, Official Committee of Unsecured Creditors [Docket No. 875, Filed April 5, 2011]

**Q.     Notice of Withdrawal of Limited Objection of the ACE Group of Companies to the Disclosure Statement for Debtors' Joint Plan of Liquidation Under Chapter 11 of the Bankruptcy Code [Docket No, 880, Filed April 5, 2011]**

**R.     Joinder of S.A.C. Domestic Capital Funding Ltd. and S.A.C. Offshore Capital Funding, LTD. to Memorandum of Law in Support of Confirmation and Reply to Objections to Confirmation of Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors [Docket No. 881, Filed April 5, 2011]**

**S.     Notice Regarding Plan Administrator Agreement Filed by Canadian Imperial Bank of Commerce, New York Agency, as First Lien Administrative Agent and Collateral Agent [Docket No. 882, Filed April 6, 2011]**

**T.     Stipulation Between Canadian Imperial Bank of Commerce, New York Agency, as First Lien Agent and The Official Committee of Unsecured Creditors and the Silvas in Connection with Confirmation Hearing [Docket No. 886, Filed April 6, 2011]**

**U.     Declaration in Support Declaration of Cherie Schaible in Support of Confirmation of the Second Amended Plan Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and The Official Committee of Unsecured Creditors [Docket No. 888, Filed April 6, 2011]**

**V.** **Stipulation Between AIG Entities and Jerry Silva and Stephen Silva in Connection with Confirmation Hearing [Docket No. 889, Filed April 6, 2011]**

**W.** **Affidavit of Service re: Solicitation Materials [Docket No. 786, Filed February 11, 2011]**

<u>Status</u>: This matter will be going forward.

Dated:  Wilmington, Delaware
April 7, 2011

GREENBERG TRAURIG, LLP

*/s/  Dennis A. Meloro*

Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone:  (302) 661-7000
Facsimile:  (302) 661-7360
Email:  cousinss@gtlaw.com
          melorod@gtlaw.com

-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York  10166
Telephone:  (212) 801-9200
Facsimile:  (212) 801-6400
Email: mitchelln@gtlaw.com
          diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
Richard Schepacarter, Esq. (Office of the US Trustee)
Laurie Silverstein, Esq. (Counsel to First Lien Lender)
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)
Ellen Slights, Esq. (US Attorney's Office)
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Committee Counsel)
Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Committee Counsel)
Martin Beeler, Esq. (Covington)
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)
Michelle McMahon, Esq. (Counsel to Anda)

Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)
Gail D'Alesandro (Baxter Healthcare)
Domenic Pacitti, Esq. (Counsel to ABDC)
Morton Branzburg, Esq.(Counsel to ABDC)
Scott Golden, Esq./Dena Kaufman, Esq. (Counsel to MTS Medication)
Marc Wieman, Esq./Ted Berkowitz, Esq. (Counsel to S Silva)
Troy Aramburu, Esq./Brock Worthen, Esq. (Counsel to NetDeposit)
Thomas Askounis, Esq. (Counsel to Kingsbridge and KHB SPV 2)
Albert Buresh, Vice Pres. Bank of America
Stuart Brown, Esq.(Counsel to Bank of America)
Paul Labov, Esq.(Counsel to Bank of America)