# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

# Minute Entry

## Hearing Information:

|  |  |  |  |
|---:|---|---|---|
| **Debtor:** | CRC Parent Corporation | | |
| **Case Number:** | 10-11567-MFW | **Chapter:** | 11 |
| **Date / Time / Room:** | THURSDAY, APRIL 07, 2011 10:30 AM   CRT#4, 5TH FL. | | |
| **Bankruptcy Judge:** | MARY F. WALRATH | | |
| **Courtroom Clerk:** | LAURIE CAPP | | |
| **Reporter / ECR:** | BRANDON MCCARTHY | | |

## Matter:

Confirmation - Cont'd from 3/17

**R / M #:**   879 / 0

## Appearances:

See attached sign-in sheet

## Proceedings:

Agenda Matters:
   Items 1 through 6 - Continued
   Item 7 - Findings of Fact due under Certification of Counsel