# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| CRC PARENT CORPORATION, *et al.* f/ka CHEM RX CORPORATION, *et al.*, | Case No. 10-11567 (MFW) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON APRIL 13, 2011 AT 2:00 P.M.[1]
### Location: 5th Floor, Courtroom No. 4

## ADJOURNED/CONTINUED MATTERS:

1. Motion for Payment of Administrative Expenses/Claims Filed by IPrint Technologies Inc. [Docket No. 708, Filed January 19, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is being adjourned to a date to be determined.

2. Motion for Payment of Administrative Expenses/Claims Filed by Medical Specialties Distributors, LLC [Docket No. 709, Filed January 20, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is being adjourned to a date to be determined.

3. Motion for Payment of Administrative Expenses/Claims Filed by Advanced Orthopaedics [Docket No. 712, Filed January 24, 2011]

    Response Deadline: February 25, 2011 at 4:00 p.m.

    Responses Received: None.

---

[1] To participate in this hearing, parties may request telephonic participation in accordance with the Instructions for Telephonic Appearances (see www.deb.uscourts.gov) by contacting CourtCall at 1-866-582-6878 and providing written notice to Debtors' counsel.
DEL 86,322,513v29 April 8, 2011

Related Documents: None.

Status: This matter is being adjourned to a date to be determined.

4. Motion for Payment of Administrative Expenses/Claims in the amount of $1,512.00 Filed by Nortech Laboratories, Inc. [Docket No. 715, Filed January 25, 2011]

   Response Deadline: February 25, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: This matter is being adjourned to a date to be determined.

## RESOLVED MATTER:

5. Motion for Relief from Stay and Motion for an Order Allowing Late Filing of Proof of Claim. Filed by Minnie L. Poulton [Docket No. 839, Filed March 14, 2011]

   Response Deadline: March 31, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents: None.

   Status: A stipulation resolving this Motion between the Debtors, the First Lien Agent and Minnie L. Poulton will be submitted under certification of counsel for approval by the Court.

## UNCONTESTED MATTER WITH CNO:

6. Motion for Entry of an Order Pursuant to Rule 9006(b) of the Federal Rules of Bankruptcy Procedure Further Enlarging the Time within which to File Notices of Removal Pursuant to Bankruptcy Rule 9027 [Docket No. 864, Filed March 25, 2011]

   Response Deadline: April 6, 2011 at 4:00 p.m.

   Responses Received: None.

   Related Documents:
   
   A. Certificate of No Objection to Motion [Docket No. 896, Filed April 11, 2011]

   Status: A certificate of no objection has been filed with the Court and counsel respectfully requests entry of the order at the Court's convenience.

## UNCONTESTED MATTERS GOING FORWARD:

7.  First Omnibus Objection to Claims to Certain(a) Assumed and Assigned Claims (b) Claims for Which no Amounts are Due and Owing and (c) Improperly Classified Claims Pursuant to Sections 105(a) and 502 of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 795, Filed February 15, 2011]

    Response Deadline: March 10, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

8.  Objection to Certain Claims Filed by The Pennsylvania Department of Revenue. Filed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent, Collateral Agent, and Lender [Docket No. 796, Filed February 15, 2011]

    Response Deadline: March 10, 2011 at 4:00 p.m.

    Responses Received: None.

    Related Documents: None.

    Status: This matter is going forward.

## FEE APPLICATIONS:

9.  Approval of Interim Fee Applications of Professionals

    Responses Received: See *Exhibit A*, hereto.

    Related Documents: See *Exhibit A*, hereto.

    Status: A binder containing the applications being heard was submitted to the Court on April 6, 2011. Responses received after the submission of the fee binder will be provided to the Court with this agenda with an updated index. This matter will be going forward.

Dated: Wilmington, Delaware
April 11, 2011

GREENBERG TRAURIG, LLP

Scott D. Cousins (DE Bar No. 3079)
Dennis A. Meloro (DE Bar No. 4435)
1007 North Orange Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 661-7000
Facsimile: (302) 661-7360
Email: cousinss@gtlaw.com
melorod@gtlaw.com
-and-

Nancy A. Mitchell
Maria J. DiConza
200 Park Avenue
New York, New York 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: mitchelln@gtlaw.com
diconzam@gtlaw.com

Counsel for the Debtors and Debtors-in-Possession

cc: via Facsimile:
Richard Schepacarter, Esq. (Office of the US Trustee)
Laurie Silverstein, Esq. (Counsel to First Lien Lender)
Mark F. Liscio, Esq. and Madlyn G. Primoff, Esq. (Counsel to First Lien Lender)
Michael Gallerizzo, Esq., Lisa Bittle Tamcredi, Esq. (Counsel to M&TT)
S. Ward Atterbury, Esq. (Counsel to 2nd Lien Lender)
Ellen Slights, Esq. (US Attorney's Office)
Jeffrey Schlerf, Esq./Eric Sutty, Esq./John Strock, Esq. (Committee Counsel)
Scott Greissman, Esq./Avi Goldberg, Esq./John Cunningham, Esq. (Committee Counsel)
Martin Beeler, Esq. (Covington)
Laurie Polleck, Esq./Michael Leon, Esq. (Counsel to MTS Medication Tech)
Michelle McMahon, Esq. (Counsel to Anda)
Jeffrey Garfinkle, Esq.(Counsel to McKesson Corp)
Gail D'Alesandro (Baxter Healthcare)
Domenic Pacitti, Esq. (Counsel to ABDC)
Morton Branzburg, Esq.(Counsel to ABDC)
Scott Golden, Esq./Dena Kaufman, Esq. (Counsel to MTS Medication)
Marc Wieman, Esq./Ted Berkowitz, Esq. (Counsel to S Silva)
Troy Aramburu, Esq./Brock Worthen, Esq. (Counsel to NetDeposit)
Thomas Askounis, Esq. (Counsel to Kingsbridge and KHB SPV 2)
Albert Buresh, Vice Pres. Bank of America
Stuart Brown, Esq.(Counsel to Bank of America)
Paul Labov, Esq.(Counsel to Bank of America)
Adam Landis, Esq./Mark Olivere, Esq. (Counsel to Poulton)
Steven Bergstein, Esq. (Counsel to Poulton)
Todd Miller, Esq. (Counsel to Poulton)