## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>CRC PARENT CORPORATION, et al.,<br>f/k/a CHEM RX CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 10-11567 (MFW)<br>Jointly Administered |

### NOTICE OF OCCURRENCE OF THE EFFECTIVE DATE

**PLEASE TAKE NOTICE** that on April 11, 2011, the United States Bankruptcy Court for the District of Delaware confirmed the *Second Amended Joint Plan of Liquidation for CRC Parent Corporation and its Affiliated Debtors Proposed by Canadian Imperial Bank of Commerce, New York Agency, as Administrative Agent and the Official Committee of Unsecured Creditors* (as modified by the Confirmation Order, the "Plan") [Nos. 873, 900]. The Effective Date of the Plan occurred on **April 29, 2011**.

Dated: May 4, 2011
       Wilmington, Delaware

POTTER ANDERSON & CORROON LLP

/s/ Etta R. Wolfe
Laurie Selber Silverstein (DE Bar No. 2396)
Etta R. Wolfe (DE Bar No. 4164)
1313 North Market Street, 6th Floor
Wilmington, Delaware 19899
(302) 984-6033

KAYE SCHOLER LLP
Madlyn Gleich Primoff
425 Park Avenue
New York, New York 10022
(212) 836-8000

*Co-Attorneys for Canadian Imperial Bank of Commerce, New York Agency, as First Lien Agent*

FOX ROTHSCHILD LLP

/s/ Jeffrey M. Schlerf
Jeffrey M. Schlerf (DE Bar No. 3047)
Eric M. Sutty (DE Bar No. 4007)
Citizens Bank Center
919 N. Market Street, Ste 1600, PO Box 2323
Wilmington, Delaware 19899-2323
(302) 654-7444

WHITE & CASE LLP
John K. Cunningham
Frank L. Eaton
Jason N. Zakia
Wachovia Financial Center
200 South Biscayne Boulevard, Suite 4900
Miami, Florida 33131
(305) 371-2700
*Co-Counsel to the Official Committee of Unsecured Creditors*

---

[1] The Debtors in these chapter 11 cases, along with the last four (4) digits of each Debtor's federal tax identification number, are: CRC Parent Corporation f/k/a Chem Rx Corporation (8469), B.J.K. Inc. (5997), CRC NJ, LLC f/k/a ChemRx New Jersey, LLC (9370), CRC PA, LLC f/k/a ChemRx / Salerno's, LLC (5981), CRC BR, LLC f/k/a ChemRx-Boca Raton, LLC (8021) and CRC CT, LLC f/k/a ChemRx Care, LLC (0826).